IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CURTIS SPIRES, a/k/a,
Jimmie Canupp, Jr.,

    Plaintiff,

v.

JOHN PAUL; Officer MYER;
Sgt. THOMAS; LARRY BREWTON;
TAMMIE THOMAS; Lt. BRADDY;
DOUG WILLIAMS; and MEDICAL
DEPARTMENT,

    Defendants.

CIVIL ACTION NO.: CV611-045

## ORDER

Plaintiff has moved this Court to issue a Preliminary Injunction in his civil complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff seeks an order directing Defendants to treat him "in dental for a broken tooth." In the absence of a showing of an exceptional circumstance wherein there is the possibility of irreparable injury, the Court is not inclined at this juncture to issue a Preliminary Injunction. Plaintiff has made no such showing of the likelihood of irreparable injury so as to suggest the necessity for the entry of a preliminary injunction at this time. Plaintiff's Motion for issuance of a Preliminary Injunction is hereby **DENIED**.

SO ORDERED, this 29th day of June, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)