IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CURTIS SPIRES, a/k/a,
Jimmie Canupp, Jr.,

    Plaintiff,

v.

JOHN PAUL; Officer MYER;
Sgt. THOMAS; LARRY BREWTON;
TAMMIE THOMAS; Lt. BRADDY;
DOUG WILLIAMS; and MEDICAL
DEPARTMENT,

    Defendants.

CIVIL ACTION NO.: CV611-045

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

In his filing, Plaintiff does not object to the recommendation that the Georgia State Prison Medical Department be dismissed. Plaintiff further moves to voluntarily dismiss his claims against Officer Myer. Plaintiff's claims against Officer Myer and Georgia State Prison Medical Department are **DISMISSED**.

**SO ORDERED**, this ___ day of _____, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)