UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CURTIS SPIRES,

Plaintiff,

v.                    6:11-cv-45

JOHN PAUL, KIM THOMAS, LARRY
BREWTON, TAMMIE THOMAS,
FERRY BRADDY, DOUG WILLIAMS,
Dr. DEAN BROOME; and DEBORAH
M. KING,

Defendants.

## ORDER

Plaintiff Curtis Spires ("Spires"), currently incarcerated at Georgia State Prison in Reidsville, Georgia, filed a cause of action pursuant to 42 U.S.C. § 1983, alleging violations of the Eighth Amendment. *See* Docs. 1; 13. Defendants filed a "Pre-Answer Motion to Dismiss." *See* Doc. 28.

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* Doc. 52, to which objections have been filed. Spires has alleged sufficient factual allegations against Defendants Larry Brewton ("Brewton") and Doug Williams ("Williams") to survive a motion to dismiss. The objections are overruled.

Accordingly, the R&R is adopted as the opinion of the Court. Defendants' "Pre-Answer Motion to Dismiss" is *GRANTED* in part, *DENIED* in part. Spires's claims against Defendants in their official capacities are *DISMISSED*. Spires's claims against Defendants John Paul, Kim Thomas, Tammie Thomas, Ferry Braddy, Dr. Dean Broome, and Deborah M. King in their individual capacities are *DISMISSED*. Spires's individual capacity claims against Defendants Brewton and Williams remain pending.

This 7th day of November 2011.

*B. Avant Edenfield*

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA