IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CURTIS SPIRES,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PAUL; and OFFICER TAMMIE THOMAS,<br><br>    Defendants. | CIVIL ACTION NO.: 6:11-cv-45 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 151), to which Plaintiff filed Objections, (doc. 152), and Defendants filed a Response, (doc. 153). Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

Plaintiff filed this action to contest certain conditions of his confinement while he was housed at Georgia State Prison in Reidsville, Georgia. Plaintiff claims that he was housed in a cell without any running water. (Doc. 1.) The Magistrate Judge recommended that the Court grant Defendants summary judgment on Plaintiff's claims. (Doc. 151.) In his Objections, Plaintiff contends he was taking medications during the time he was without water in his cell, and his medications were dehydrators. Plaintiff also contends the events giving rise to his Complaint occurred during summer, and he was without air conditioning or a fan. (Doc. 152, p. 3.) Plaintiff raises these assertions for the first time in his Objections, which is an independent ground to overrule his Objections. Williams v. McNeill, 557 F.3d 1287 (11th Cir. 2009);

Driskell v. Price, 2:13-CV-01541-VEH-SG, 2015 WL 545382, at *8 (N.D. Ala. Feb. 10, 2015) ("The filing of objections is not a proper vehicle through which to make new allegations or present additional evidence.").

Moreover, even accepting Plaintiff's assertions as true and considering them in light of the undisputed facts and the applicable case law, Plaintiff does not create a genuine dispute as to any fact material to his deliberate indifference claim. As the Magistrate Judge concluded, there is no dispute that Defendants were subjectively aware of Plaintiff's concerns about the water supply in his cell. (Doc. 151, pp. 11–12.) However, Plaintiff fails to present any evidence revealing that Defendants responded to his concerns in an objectively unreasonable manner.

For these reasons and those recommended by the Magistrate Judge, the Court **GRANTS** Defendants' Motion for Summary Judgment, (doc. 134), **DISMISSES** Plaintiff's Complaint, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate judgment of dismissal and **CLOSE** this case.

**SO ORDERED,** this 22nd day of February, 2016.

---
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA