AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CURTIS SPIRES,

    Plaintiff,

v.

JOHN PAUL, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV6:11-45

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of February 22, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Defendants' Motion for Summary Judgment is GRANTED, the complaint is DISMISSED, and this civil action stands CLOSED.

02/22/2016
*Date*

Scott L. Poff
*Clerk*

Jana H. Burton
*(By) Deputy Clerk*

GAS Rev 10/1/03