```
IN THE UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISTRICT OF GEORGIA
              STATESBORO DIVISION
```

| | | |
|---|---|---|
| CURTIS SPIRES, a/k/a JIMMIE CANUPP JR., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 611-045 |
| JOHN PAUL, Deputy Warden of Care and Treatment, Georgia State Prison; and OFFICER TAMMIE THOMAS, Emergency Response Team, Georgia State Prison, | * * * * * * * | |
| Defendants. | * | |

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

A review by the Court reveals that this case is ready for trial. In preparation for trial, the Court **DIRECTS** each party to file with the Clerk of Court a proposed pretrial order. Each proposed pretrial order shall be filed **BY THE CLOSE OF BUSINESS ON THURSDAY, APRIL 4, 2019.**

The form of the proposed pretrial order is attached to this order and can be located at the Court's website www.gas.uscourts.gov under "District Court" > "Forms" > "Civil Forms" > "Consolidated Pretrial Orders - Other Judges."[1] A party's failure to comply with the requirements of this Order may result

---

[1] The Court **DIRECTS** the **CLERK** to enclose a copy of the aforementioned form consolidated pretrial order with Plaintiff's service copy of this Order.

in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements of this Order in the same manner as counsel.

The Parties must submit all unresolved evidentiary objections and motions in limine **BY THE CLOSE OF BUSINESS ON THURSDAY, APRIL 18, 2019.** Responses thereto must be submitted **BY THE CLOSE OF BUSINESS ON THURSDAY, MAY 2, 2019.** The Clerk has scheduled the pretrial conference for **THURSDAY, MAY 16, 2019, at 10:00 a.m.**, and jury selection and trial assignment are scheduled for **MONDAY, MAY 20, 2019, at 9:00 a.m.**, all to be held in the United States District Court located at 52 North Main Street, Statesboro, Georgia 30458.

At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in paper or digital format) and an exhibit list **MUST** be provided to the Court at the pretrial conference. Further, lead counsel for each party **MUST** attend the pretrial conference.

Finally, now that the Court has scheduled the trial in this case, Plaintiff's motions for jury trial seeking to set this case on the Court's calendar (Docs. 180, 185) are hereby **TERMINATED.**

**ORDER ENTERED** at Augusta, Georgia, this 8th day of March, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA