IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CURTIS SPIRES, a/k/a JIMMIE CANUPP JR., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 611-045 |
| JOHN PAUL, Deputy Warden of Care and Treatment, Georgia State Prison, and OFFICER TAMMIE THOMAS, Emergency Response Team, Georgia State Prison, | * * * * * * | |
| Defendants. | * * | |

**O R D E R**

On March 8, 2019, the Court entered an Order and Notice of Pretrial Proceedings that set certain pretrial deadlines for this case. (Doc. 187.) On March 22nd, Plaintiff, a *pro se* party, filed a response stating he never received the proposed pretrial order form customarily sent to *pro se* prisoners. (See Doc. 189.) Plaintiff also requested an extension to comply with the Court's March 8th Order. The Court will construe this filing as a motion for extension of time and **GRANT** the motion.

Because Plaintiff never received a proposed pretrial order form, the Court extends the pretrial deadlines as follows:

LAST DAY TO FILE PROPOSED PRETRIAL ORDERS        April 11, 2019

| LAST DAY TO FILE MOTIONS IN LIMINE | April 25, 2019 |
| LAST DAY TO FILE RESPONSES TO MOTIONS IN LIMINE | May 9, 2019 |

The pretrial conference and jury selection and trial assignment dates set in the Court's March 8th Order shall remain in effect.

Finally, Plaintiff requests the Clerk send him a copy of all exhibits and evidence he submitted to the Court during this case. The Court reminds Plaintiff of the instructions the United States Magistrate Judge issued in the Order of June 7, 2011 (Doc. 10), namely that it is Plaintiff's responsibility to maintain his own records. If Plaintiff needs new copies, he may obtain them from the Clerk at the standard cost of fifty ($0.50) cents per page. The Clerk is **DIRECTED** to send Plaintiff a copy of the docket with this Order.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of March, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA