IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| CURTIS SPIRES, a/k/a JIMMIE CANUPP JR., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 611-045 |
| JOHN PAUL, Deputy Warden of Care and Treatment, Georgia State Prison; and OFFICER TAMMIE THOMAS, Emergency Response Team, Georgia State Prison, | * * * * * * * | |
| Defendants. | * * | |

**O R D E R**

Before the Court is the parties' stipulation of dismissal (Doc. 207), which is signed by all parties. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE.** The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of June, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA